No. 85–5809. BUCKLEY v. COMMERCIAL FEDERAL SAVINGS & LOAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–5810. HOOKS v. PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–5811. ANDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5813. SHABAZZ v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 85–5814. OLIVA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5816. GRAEWE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5817. ALLEN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 85–5820. JONES v. BROWN, FORMER GOVERNOR OF KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–5826. BUSBY v. HOLT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5827. KNIGHT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5828. GONZALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5832. MCCALLISTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–5834. SMITH v. CITY OF OMAHA, NEBRASKA, ET AL. Sup. Ct. Neb. Certiorari denied.

No. 85–5836. DEVAN v. CITY OF DES MOINES, IOWA, ET AL. C. A. 8th Cir. Certiorari denied.